UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MARTIN, MICHAEL T., SR.  
MARTIN, TRACEY L.

Case No.: 17-21645-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court  District of New Jersey  PO Box 2067  Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on    August 22, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. _4C_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 7 MORNINGSTAR COURT, SICKLERVILLE NJ 08081  (FMV $1,000,000.000  463 HICKSTOWN ROAD, BLOCK 14802, LOTS 84&85 SICKLERVILLE, NJ  (FMV: $500.00)  180 DENNIS DRIVE, CLAYTON, NJ  (FMV: 45,000.00)  TIME SHARE - 4535 EGRET POINT BY SPINNAKER HILTON HEAD, SC - WEEK 30  (FMV: $2,000.00)  TIME SHARE – WEEK 29  3433 SOUTHWIND VILLAS, HILTON HEAD, SC  (FMV: $500.00) |
|---|---|

| Liens on property: | $177,000.00 - NationStar -(1st) Sicklerville  $2,106,000.00 - Ocwen (2nd) Sicklerville  $840,000.00 - Investor Bank - Tax Lien (Sicklerville)  $177,000.00 - NationStar (1st) Clayton  $176.77 - Borough Clayton-tax lien |
|---|---|

| Amount of equity claimed as exempt: | $2000.00 - TImeShare week 39  $500 - TimeShare week 29 |
|---|---|

Objections must be served on, and requests for additional information directed to:  
Name:           Andrew Sklar, Chapter 7 Trustee

Address:       1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-21645-JNP
Michael T. Martin, Sr.                                                    Chapter 7
Tracey L. Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3              Date Rcvd: Jul 21, 2017
                               Form ID: pdf905          Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
```
db/jdb         +Michael T. Martin, Sr.,    Tracey L. Martin,    7 Morningstar Court,
                 Sicklerville, NJ 08081-4926
cr             +WELLS FARGO BANK, N.A.,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516869008       AMCOL Systems,    111 Lakewood Road,    Columbia, SC 29210
516869013       ATCF II New Jersey, LLC,    c/o Mtag Services,    PO Box 54292,    New Orleans, LA 70154-4292
516869006      +Abbott Plumbing, Inc.,    1337 Sunset Ave.,    Williamstown, NJ 08094-9514
516869009       American Express,    PO Box 981535,    El Paso, TX 79998-1535
516928868       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516869012      +Assured Partners of NJ, LLC,    DBA AJM Insurance Management,    1317 Route 73, Suite 101,
                 Mount Laurel, NJ 08054-2202
516869016      +BAC Local 1 of PA-DE,    2791 Southampton Road,    Suite 1,    Philadelphia, PA 19154-1211
516869017     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:    Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
516869019      +Barclay's Bank Delaware,    125 S. West St.,    Wilmington, DE 19801-5014
516869020       Berkshire Bank f/k/a First Choice Bank,    24 North Street,    PO Box 1308,
                 Pittsfield, MA 01202-1308
516869021      +Borough of Clayton,    125 North Delsea Drive,    Clayton, NJ 08312-1698
516869023       Camden County Municipal Utilities Auth.,    Regional Sewer Service,    PO Box 1105,
                 Bellmawr, NJ 08099-5105
516869024      +Cherry Hill Classic Cars,    2000 Route 70 East,    PO Box 4310,    Cherry Hill, NJ 08034-0652
516869025      +City of Camden,    Customer Service Center,    69 DeVoe Place,    Hackensack, NJ 07601-6105
516869026      +Cooper Levenson PA,    1125 Atlantic Ave.,    3rd Floor,    Atlantic City, NJ 08401-4812
516869030      +Credit Protection Association, LP,    13355 Noel Road,    Dallas, TX 75240-6837
516869031      +Cubesmart,    425 Delsea Drive,    Sewell, NJ 08080-9337
516869032      +Defined Capital, LLC,    PO Box 653,    Montvale, NJ 07645-0653
516869033       Diagnostic Pathology Consultants,    520 E. 22nd Street,    Lombard, IL 60148-6110
516869035       Duane Morris, LLP,    30 South 17th Street,    Philadelphia, PA 19103-4196
516869036      +Elbert Adams,    2 North Central Ave.,    Sicklerville, NJ 08081-9350
516869038      +FIA Card Services, N.A.,    655 Papermill Road,    Newark, DE 19711-7500
516869040      +GB Collects, LLC,    1253 Haddonfield-Berlin Road,    Voorhees, NJ 08043-4847
516869041      +Gloucester Soil Conservation District,    14 Parke Place Blvd.,    Suite C,
                 Sewell, NJ 08080-2662
516869042      +Gloucester Township MUA,    71 W. Landing Road,    PO Box 216,    Blackwood, NJ 08012-0216
516869043      +Gloucester Township Tax Collector,    1261 Chews Landing-Clementon Road,    PO Box 8,
                 Blackwood, NJ 08012-0008
516869044       Hayt, Hayt & Landau, LLC,    Two Industrial Way,    PO Box 500,    Eatontown, NJ 07724-0500
516869048      +Investors Bank f/k/a Roma Bank,    101 JFK Parkway,    Short Hills, NJ 07078-2793
516869049      +Joseph D. Kaplan & Son,    70 N. Montgomery Street,    Trenton, NJ 08608-1808
516869050      +KML Law Group, P.C.,    216 Haddon Ave.,    Suite 406,    Collingswood, NJ 08108-2812
516869051       Kreck, Wood & Hallowell Assoc. Inc.,    c/o Robert A. Del Sordo,    322 West Clements Bridge Road,
                 Runnemede, NJ 08078-1914
516869052      +LabCorp Raritan,    69 First Ave,    Raritan, NJ 08869-1899
516869053      +Laborers' District Council Benefit Fund,    PO Box 37003,    Philadelphia, PA 19122-0703
516869054      +McGrann Insulation,    1200 Haddonfield-Berlin Road,    Voorhees, NJ 08043-4850
516869055     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:    Nationstar,    350 Highland Drive,    Lewisville, TX 75067)
516869056      +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
516869058       New York City Dept. of Finance,    Parking Violations,    Church Street Station,    PO Box 3600,
                 New York, NY 10008-3600
516869059       Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
516869060       Pennsylvania Dept. of Labor & Industry,    Office of UC Tax Services,    651 Boas Street,
                 Harrisburg, PA 17121-0750
516869061       Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516869062      +Professional Account Management, LLC,    PO Box 37038,    Washington, DC 20013-7038
516869065      +Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
516869066      +Richmond Emergency Physicians, Inc.,    5801 Bremo Road,    Richmond, VA 23226-1907
516869067      +SB Muni Custodian/LBNJ,    200 South Park Rd.,    Suite 320,    Hollywood, FL 33021-8542
516869073     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:    State of New Jersey,    Compliance Unit - Bankruptcy,    PO Box 245,
                 Trenton, NJ 08695-0267)
516869068      +Shirleen Bridgewater,    210 Highland Ave.,    Lawrence Township, NJ 08618-4006
516869070      +South Jersey Engineers, LLC,    PO Box 1406,    479 Centennial Blvd.,    Voorhees, NJ 08043-3802
516869071      +South Jersey Gas,    Customer Care Center,    PO Box 577,    Hammonton, NJ 08037-0577
516869072       State of New Jersey,    PO Box 379,    Trenton, NJ 08625-0379
516869077      +Stern & Eisenberg, PC,    1040 N. Kings Hwy,    Suite 407,    Cherry Hill, NJ 08034-1925
516869078      +Tanya Dunn,    180 S. Dennis Drive,    Clayton, NJ 08312-1232
516869082      +Tower Lien, LLC,    1345 Avenue of the Americas,    46th Floor,    New York, NY 10105-4302
516869083      +Turnbrook Associates,    900 Route 168 #B5,    Blackwood, NJ 08012-3205
516869084      +U.S. Dept. of Education/GL,    2401 International,    PO Box 7859,    Madison, WI 53707-7859
```

```
District/off: 0312-1           User: admin                  Page 2 of 3                  Date Rcvd: Jul 21, 2017
                               Form ID: pdf905              Total Noticed: 84


516869085     ++++US BANK CUST. CRESTOR CAP. LLC,    2 LIBERTY PLACE,    50 S 16TH ST STE 1960,
                PHILADELPHIA PA   19102-2517
                (address filed with court:   US Bank Cust. Crestor Cap. LLC,    2 Liberty Place,
                 50 South 16th St. Suite 1950,    Philadelphia, PA 19102)
516869086     ++++US BANK CUT. FOR PROCAP II, LLC,    2 LIBERTY PLACE,    50 S 16TH ST STE 1960,
                PHILADELPHIA PA   19102-2517
                (address filed with court:   US Bank Cut. for ProCap II, LLC,    2 Liberty Place,
                 50 South 16th St. Suite 1950,    Philadelphia, PA 19102)
516869087     +Verizon Wireless,    PO Box 26055,    Minneapolis, MN 55426-0055
516869088     +Virtua Health,    Attn Virtua Patient Accounting,    2000 Crawford Place, Suite 100,
                Mt Laurel, NJ 08054-3920
516869089      Virtua Health,    PO Box 6007,    Bellmawr, NJ 08099
516869090      Virtua Medical Group, PA,    PO Box 6028,    Bellmawr, NJ 08099-6028
516921458     +Wells Fargo Bank National Association,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516869091     +Wells Fargo Trustee for Option One etc.,    9062 Old Annapolis Road,    Columbia, MD 21045-2479
516869092      William L. Waldman, Esq.,    LeClair Ryan,    1 Riverfront Plaza,    Newark, NJ 07102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 21 2017 23:13:39      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 21 2017 23:13:35      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516869011      E-mail/Text: legal@arsnational.com Jul 21 2017 23:13:23      ARS National Services, Inc.,
                PO Box 463023,    Escondido, CA 92046-3023
516869007      E-mail/Text: EBNProcessing@afni.com Jul 21 2017 23:13:47      Afni, Inc.,    1310 MLK Drive,
                PO Box 3517,    Bloomington, IL 61702-3517
516869010     +E-mail/Text: bkrpt@retrievalmasters.com Jul 21 2017 23:13:34
                American Medical Collection Agency,    4 Westchester Plaza,    Building 4,
                Elmsford, NY 10523-1615
516869015     +E-mail/Text: bankruptcy@pepcoholdings.com Jul 21 2017 23:13:16      Atlantic City Electric,
                5 Collins Drive,    Suite 2133,    Carneys Point, NJ 08069-3600
516869022      E-mail/Text: suteras@cityofrochester.gov Jul 21 2017 23:14:22      Bureau of Parking Violations,
                City of Rochester, NY,    42 South Ave.,    Rochester, NY 14604-1794
516869027     +E-mail/Text: mhumphrey@creditadjustmentboard.com Jul 21 2017 23:14:26
                Credit Adjustment Board, Inc,    306 East Grace Street,    Richmond, VA 23219-1795
516869029     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 21 2017 23:14:36
                Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
516869028     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 21 2017 23:14:36
                Credit Collection Services,    PO Box 607,    Norwood, MA 02062-0607
516869034     +E-mail/Text: Bankruptcy.Consumer@dish.com Jul 21 2017 23:13:34      Dish Network,
                9601 South Meridian Blvd.,    Englewood, CO 80112-5905
516869037     +E-mail/Text: CollectionsDept@figfcu.org Jul 21 2017 23:12:54      Farmers Insurance Group,
                4680 Wilshire Blvd.,    Los Angeles, CA 90010-3807
516869045      E-mail/Text: cio.bncmail@irs.gov Jul 21 2017 23:13:08      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
516869057     +E-mail/Text: egssupportservices@egscorp.com Jul 21 2017 23:13:51      NCO,
                Attn Expert Global Solutions,    507 Prudential Road,    Horsham, PA 19044-2308
516869064     +E-mail/Text: Supportservices@receivablesperformance.com Jul 21 2017 23:14:33
                Receivables Performance Management LLC,    20816 44th Ave. W.,    Lynnwood, WA 98036-7744
516869069     +E-mail/Text: birminghamtops@sba.gov Jul 21 2017 23:14:09      Small Business Administration,
                801 Tom Martin Drive,    Suite 120,    Birmingham, AL 35211-6424
516869080     +E-mail/Text: bankruptcy@td.com Jul 21 2017 23:13:40      TD Bank,    Operations Center,
                PO Box 219,    Lewiston, ME 04243-0219
516869079     +E-mail/Text: bankruptcy@td.com Jul 21 2017 23:13:40      TD Bank,    Operations Center,
                32 Chestnut Street,    Lewiston, ME 04240-7744
516869081     +E-mail/Text: bankruptcy@td.com Jul 21 2017 23:13:40      TD Bank N.A.,    PO Box 8400,
                Lewiston, ME 04243-8400
                                                                                                TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516869014*     ATCF II New Jersey, LLC,    c/o Mtag Services,    PO Box 54292,    New Orleans, LA 70154-4292
516869018*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
516869039*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   FIA Card Services, N.A.,    4161 Piedmont Pky,
                 Greensboro, NC 27410)
516869046*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516869047*     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516869063*    +Professional Account Management, LLC,    PO Box 37038,    Washington, DC 20013-7038
516869074*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Compliance Unit - Bankruptcy,    PO Box 245,
                 Trenton, NJ 08695-0267)
516869075*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Compliance Unit - Bankruptcy,    PO Box 245,
                 Trenton, NJ 08695-0267)
516869076*     State of New Jersey,    PO Box 379,    Trenton, NJ 08625-0379
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jul 21, 2017
                              Form ID: pdf905          Total Noticed: 84
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
                                                                              TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              Andrew   Sklar    on behalf of Trustee Andrew   Sklar andy@sklarlaw.com,
               NJ43@ecfcbis.com;dolores@sklarlaw.com
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA6
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Miriam  Rosenblatt    on behalf of Creditor    WELLS FARGO BANK, N.A. bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Nona   Ostrove    on behalf of Joint Debtor Tracey L. Martin nostrove@ostrovelaw.com
              Nona   Ostrove    on behalf of Debtor Michael T. Martin, Sr. nostrove@ostrovelaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7
```