| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz & Schneid, PL**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone Number 561-241-6901<br>Attorneys For Secured Creditor<br><br>MIRIAM J. ROSENBLATT, Esq. (MR - 7505) | **Order Filed on August 22, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| **In Re:**<br><br>**Michael T. Martin, Sr.**<br><br>**dba Integ Holdings**<br><br>    **Debtor,**<br><br>**Tracey L. Martin**<br><br>**dba Integ Holdings**<br><br>    **Joint Debtor.** | CASE NO.: 17-21645-JNP<br><br>CHAPTER 7<br><br>HEARING DATE: August 22, 2017 at 10:00 am<br><br>JUDGE: Jerrold N. Poslusny Jr. |

## ORDER VACATING THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: August 22, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

Debtors: Michael T. Martin, Sr., dba Integ Holdings and Tracey L. Martin, dba Integ Holdings
Case No.: 17-21645-JNP
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the motion of WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-2, ASSET-BACKED CERTIFICATES, SERIES 2007-2, ("Secured Creditor") under Bankruptcy Code § 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay instituted by Bankruptcy Code § 362 is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue Secured Creditor's rights in regard to the real property located at 7 Morningstar Court, Sicklerville, NJ 08081.

It is further ORDERED that Secured Creditor may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, inducing, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the property at sheriff's sale (purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that Secured Creditor may join the Debtor(s) and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other Chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:
Michael T. Martin, Sr.
Tracey L. Martin
    Debtors

Case No. 17-21645-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 22, 2017
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2017.
db/jdb         +Michael T. Martin, Sr.,    Tracey L. Martin,    7 Morningstar Court,    Sicklerville, NJ 08081-4926

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2017 at the address(es) listed below:
         Andrew   Sklar     on behalf of Trustee Andrew   Sklar andy@sklarlaw.com,
          NJ43@ecfcbis.com;dolores@sklarlaw.com
         Andrew    Sklar     andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
         Denise E. Carlon     on behalf of Creditor     THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
          as Trustee for FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-FA6
          dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Miriam   Rosenblatt     on behalf of Creditor     WELLS FARGO BANK, N.A. bkyecf@rasflaw.com,
          mrosenblatt@rasflaw.com
         Nona    Ostrove     on behalf of Debtor Michael T. Martin, Sr. nostrove@ostrovelaw.com
         Nona    Ostrove     on behalf of Joint Debtor Tracey L. Martin nostrove@ostrovelaw.com
         U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                               TOTAL: 7